IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAROL A. HILLIARD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHUCK HAGEL, Secretary, Department of Defense,<br><br>　　　　　Defendant. | CASE NO. 8:12CV362<br><br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Voluntary Dismissal of Complaint Without Prejudice (Filing No. 17). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The Court will not assess costs or attorney's fees in this case. Accordingly,

IT IS ORDERED:

1. The parties' Voluntary Dismissal of Complaint Without Prejudice (Filing No. 17) is approved;

2. The Plaintiff's Complaint is dismissed without prejudice;

3. All other pending motions are denied as moot; and

4. The Court will not assess costs or attorney's fees in this case.

Dated this 29th day of March, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge